THOMAS F. LANDERS [SBN 207335]
tlanders@swsslaw.com
LEAH S. STRICKLAND [SBN 265724]
lstrickland@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303
(f) 619.231.4755

Attorneys for Defendant MIDLAND FUNDING, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLIE HAUSWIRTH,<br><br>    Plaintiff,<br><br>  v.<br><br>MIDLAND FUNDING, LLC; LEGAL RECOVERY LAW OFFICES, INC.; and MARK D. WALSH,<br><br>    Defendants. | Case No. 12-CV-0711 DMS (DHB)<br><br>**JOINT MOTION TO: (1) EXTEND DISCOVERY CUT-OFF; AND (2) EXTEND LAW AND MOTION CUT-OFF BY 60 DAYS** |

Plaintiff CHARLIE HAUSWIRTH and Defendants MIDLAND FUNDING, LLC, LEGAL RECOVERY LAW OFFICES, INC., and MARK D. WALSH, through their counsel of record, jointly move the Court for an order extending the existing discovery cut-off date and law and motion cut-off date by sixty (60) days. Grounds for the motion are that a motion to dismiss the amended complaint under Rule 12(b)(6) is currently pending with a hearing date of February 22, 2013. The current discovery cut-off date is March 15, 2013, and the current law and motion cut-off date is April 15, 2013.

Under the current schedule, the parties would have to incur the expense of full discovery, including numerous out-of-town depositions, while the motion to dismiss is pending. The parties wish to avoid unnecessary discovery expense until the

P:00765536:87026.007                                                                 12-CV-0711 DMS (DHB)
JOINT MOTION TO: (1) EXTEND DISCOVERY CUT-OFF; AND (2) EXTEND LAW AND MOTION CUT-OFF BY 60 DAYS

pleadings are closed. Accordingly, the parties request that the current discovery cut-off date be extended from March 15, 2013 to May 17, 2013, and the current law and motion cut-off date be extended from April 15, 2013 to June 17, 2013. Alternatively, if this requested extension is unacceptable to the Court, the parties request the Court set a conference call to discuss scheduling.

DATED: February 8, 2013         SOLOMON WARD SEIDENWURM & SMITH, LLP

By: /s/Thomas F. Landers
THOMAS F. LANDERS
LEAH S. STRICKLAND
Attorneys for Defendant MIDLAND FUNDING, LLC

DATED: February 8, 2013         HYDE & SWIGART

By: /s/Joshua B. Swigart
JOSHUA B. SWIGART
ROBERT L. HYDE
Attorneys for Plaintiff CHARLIE HAUSWIRTH

DATED: February 8, 2013         LEGAL RECOVERY LAW OFFICES, INC.

By: /s/David A. Cotter
DAVID A. COTTER
Attorneys for Defendants LEGAL RECOVERY LAW OFFICES, INC. and MARK D. WALSH

## Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Joshua B. Swigart, counsel for plaintiff, and David A. Cotter, counsel for defendants Legal Recovery Law Offices, Inc. and Mark D. Walsh, that I have obtained Mr. Swigart's and Mr. Cotter's authorization to affix their electronic signature to this document.

/s/ *Thomas F. Landers*
THOMAS F. LANDERS

Solomon Ward Seidenwurm & Smith, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303 • (f) 619.231.4755

P:00765536:87026.007   -3-   12-CV-0711 DMS (DHB)
JOINT MOTION TO: (1) EXTEND DISCOVERY CUT-OFF; AND (2) EXTEND LAW AND MOTION CUT-OFF BY 60 DAYS